**Order entered November 7, 2016**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-16-00034-CR**

**ANTUAN SPENCER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F14-53001-Y**

## ORDER

By order dated October 10, 2016, we noted the reporter's record, originally due April 19, 2016, had not been filed despite our having abated the case for a hearing and having repeatedly ordered the record filed. We ordered court reporter Vearneas Faggett to file the reporter's record by October 25, 2016 and cautioned her that the failure to file the reporter's record by the time specified could result in the Court utilizing its available remedies, including ordering that Vearneas Faggett not sit as a court reporter until she files the reporter's record in this appeal. To date, Ms. Faggett has not corresponded with the Court or filed the reporter's record.

Accordingly, we **ORDER** that Vearneas Faggett not sit as a court reporter until she has filed the reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, court reporter; the Dallas County Auditor's Office; and to counsel for all parties.

.

/s/    ADA BROWN
JUSTICE